UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00065 |
| | ) | JUDGE SHARP |
| TROY DAVID LEE [4] | ) | |

# O R D E R

Pending before the Court is Defendant's Motion to Continue (Docket No. 196) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing scheduled for October 31, 2014, is hereby rescheduled for Tuesday, January 6, 2015, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT